(Reap. Dec. 9953)

VARIABLE CONDENSER CORP. }
GLOBE SHIPPING Co., INC. } *v.* UNITED STATES

Entry No. 986769.

(Decided March 22, 1961)

Plaintiffs not represented by counsel.
*William H. Orrick, Jr.*, Assistant Attorney General, for the defendant.

LAWRENCE, Judge: When this appeal for a reappraisement was called for hearing, there was no appearance on behalf of plaintiffs and the case was ordered submitted by the court.

An examination of the official record discloses no reason for disturbing the presumptively correct value for the merchandise found by the appraiser.

I, therefore, find and hold the proper dutiable value of the merchandise covered by this appeal to be the value found by the appraiser.

Judgment will be entered accordingly.